IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

ANDREW B. DWYER

INDICTMENT

3:05cr77/LAC

THE GRAND JURY CHARGES:

COUNT ONE

That on or about May 10, 2005, in the Northern District of Florida, the defendant,

**ANDREW B. DWYER,**

did knowingly, willfully and falsely assume and pretend to be an officer and employee acting under authority of the United States and an agency thereof, that is, the defendant assumed and pretended to be a contract employee with the U.S. Department of Transportation, Federal Aviation Administration, and in such assumed and pretended character, with intent to defraud, did falsely demand and obtain a thing of value, in that the defendant demanded and obtained a courtesy jump seat on a commercial air carrier on a flight out of the Okaloosa Regional Airport, in violation of Title 18, United States Code, Section 912.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 AUG 17 PM 2: 35

FILED

## COUNT TWO

That on or about May 13, 2005, in the Northern District of Florida, the defendant,

**ANDREW B. DWYER,**

did knowingly, willfully and falsely assume and pretend to be an officer and employee acting under authority of the United States and an agency thereof, that is, the defendant assumed and pretended to be a contract employee with the U.S. Department of Transportation, Federal Aviation Administration, and in such assumed and pretended character, with intent to defraud, did falsely demand a thing of value, in that the defendant demanded a courtesy jump seat on a commercial air carrier on a flight out of the Okaloosa Regional Airport, in violation of Title 18, United States Code, Section 912.

## COUNT THREE

That on or about June 9, 2005, in the Northern District of Florida, the defendant,

**ANDREW B. DWYER,**

did knowingly, willfully and falsely assume and pretend to be an officer and employee acting under authority of the United States and an agency thereof, that is, the defendant assumed and pretended to be a contract employee with the U.S. Department of Transportation, Federal Aviation Administration, and in such assumed and pretended character, with intent to defraud, did falsely demand a thing of value, in that the defendant

demanded a courtesy jump seat on a commercial air carrier on a flight out of the Okaloosa Regional Airport, in violation of Title 18, United States Code, Section 912.

A TRUE BILL:

F

DATE 8/16/05

GREGORY R. MILLER
United States Attorney

STEPHEN P. PREISSER
Assistant U.S. Attorney